IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
)
vs. ) CR 00-195
DAMIANE SCOTT )
)
)
Defendants )

HEARING ON  Status Conference

Before  Judge Gustave Diamond

Tina O. Miller, AUSA                              Michael J. Novara, AFPD

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  12/3/07 @ 2:00 P.M.        Hrg Adjourned to  --------------

Hrg concluded C.A.V.  2:15 PM             Stenographer  None

WITNESSES
For Plaintiff                                     For Defendant

Ct apt of counsel for parties; oral motion to postpone exec. of sentence; order to follow