IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )  Criminal No. 00-195
                            )
DAMIANE SCOTT               )
```

ORDER OF COURT

AND NOW, this _37_ day of December, 2007, pursuant to the status conference held on December 3, 2007, in which counsel for defendant informed the court that defendant recently has been notified by the Federal Bureau of Prisons and the United States Marshal to report on December 12, 2007, in order to commence service of the seven-month sentence of incarceration imposed by this court on April 27, 2004, following the court's finding that defendant had violated the terms of his supervised release, and defendant orally having moved to postpone execution of that sentence;

IT IS ORDERED that defendant's oral motion to postpone execution of sentence be, and the same hereby is, granted; and,

IT FURTHER IS ORDERED that defendant shall report to the United States Marshal Service for this district no later than 12:00 p.m., on January 3, 2008, to commence service of the previously imposed sentence; and,

AO 72
(Rev. 8/82)

IT FURTHER IS ORDERED that defendant shall file a brief setting forth his position as to the legal ramifications of the delayed notice to report for execution of sentence no later than Thursday, December 13, 2007, and that the government shall file its response to defendant's brief no later than Tuesday, December 18, 2007.

*/s/ Gustave Diamond*
Gustave Diamond
United States District Judge

cc:  Tina O. Miller
     Assistant U.S. Attorney

     Michael J. Novara
     Assistant Fed.Pub. Defender

     Shannon Smith Meyers
     U.S. Probation Officer

     United States Marshal
     Western District of Pennsylvania