IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 00-195 |
| | ) |
| DAMIAN SCOTT | ) |

**ORDER OF COURT**

AND NOW, to-wit, this \_\_\_\_\_ day of December, 2007, upon consideration of the foregoing Motion to Vacate April 27, 2004 Order of Court, it is hereby ORDERED, ADJUDGED AND DECREED that an evidentiary hearing be scheduled for _____;

IT IS FURTHER ORDERED that Mr. Scott's execution of sentence be postponed until further Order of this Court.

_____
Gustave Diamond
Senior United States District Judge

6