# YouthPlaces

**YouthPlaces Board of Directors**

Frederick W. Thieman
Buhl Foundation

Hon. Jake Wheatley Jr.
State Representative

John Denny
The Hillman Company

Reverend Ronald Lengwin
Catholic Diocese of Pittsburgh

Chris Moore
Black Horizons, WQED

Christina Dixon
Education Consultant

Jim Rudolph
McKnight Development

Jim Rieland
Director Juvenile Court

David J. Malone
Gateway Financial Group

Dianne Wainwright
Levicoff, Silko & Deemer, P.C.

Juan Garrett
Riverside Center for Innovation

Scarlet Morgan
Office of the Governor

Evan Frazier
Hill House Association

Diana Bucco
The Forbes Funds

Michelle Rosenthal
Pittsburgh Steelers

Sue Kirsch
Schneider Downs & Co., Inc.

Rosa Copeland Miller
Schnader Harrison
Segal & Lewis LLP

Richard Morris
Housing Authority
City of Pittsburgh

Neil Parham
Youth Policy
Office of Mayor Luke Ravenstahl

December 6, 2007



To Whom It May Concern:

    Damian Scott has been employed with YouthPlaces since August 2004 as a Coordinator at our East Hills location. Mr. Scott is paid and hourly rate of $10.50. I do not anticipate any change in Mr. Scott employment. Mr. Scott will receive in July 2008 his annual review and evaluation; at this time I anticipate he will receive a 3 to 5 percentage increase in salary.

    YouthPlaces ensures that underserved, high-risk youth ages 12-18 engage in quality after-school programs within their own neighborhoods that are shaped by the community and youth leaders in order to develop the skills of youth and increase their opportunity for success.

    Mr. Scott has been a valuable asset to our staff. With his continue support to our effort in the community, we are able to continue our success in effectively reaching out to the youth to provide quality programs, leaders, and mentorship.

    Should you have any questions feel free to contact me at (412) 434-0851 extension 261.

Sincerely,

*Zanae L. Johnson*

Zanae L. Johnson
HR/Fiscal Operations Manager

**EXHIBIT A**

# Jani King
### The King of Clean

Jani-King, International, Inc.
16885 Dallas Parkway
Addison, Texas 75001
(972) 991-0900
Fax: (972) 991-5723

**United States**
Albuquerque • Alexandria
Atlanta • Augusta • Austin
Baltimore • Baton Rouge
Birmingham • Boston
Buffalo • Charleston
Charlotte • Chattanooga
Chicago • Cincinnati
Cleveland • Columbia
Columbus • Dallas • Dayton
Denver • Detroit • Fort Myers
Fort Worth • Greensboro
Greenville/Spartanburg
Hampton Roads • Hartford
Hawaii • Houston
Huntsville • Indianapolis
Jackson • Jacksonville
Kansas City • Knoxville
Lafayette/Lake Charles
Las Vegas • Lexington
Little Rock
Los Angeles/Colton
Louisville • Madison
Memphis • Miami
Milwaukee • Minneapolis
Mobile • Montgomery
Myrtle Beach
Nashville • New Jersey
New Orleans • New York
Oklahoma City
Orlando • Pensacola
Philadelphia • Phoenix
Pittsburgh • Portland
Raleigh/Durham • Reno
Rhode Island • Richmond
Roanoke/Lynchburg
Sacramento • Salt Lake City
San Antonio • San Diego
San Francisco/Oakland
Savannah • Seattle
St. Louis • S.E.. Mississippi
Tampa Bay • Tucson
Tulsa • Washington, D.C.

Australia
Belgium
Brazil
Canada
France
Great Britain
Greece
Hong Kong
Korea
Mexico
New Zealand
Portugal
Russia
Spain
Taiwan
Turkey

December 5, 2007

DEC 1 0 2007
FEDERAL PUBLIC DEFENDER
PITTSBURGH - W.D PENNSYLVANIA

To Whom It May Concern:

Damiane Scott has been an employee of Jani-King for three months. He's been a very reliable, hard worker. I'm glad to have him on my team. If you have any questions, please feel free to contact me @ (412) 727-6372.

Sincerely,

Bridget Burgwin
Franchisee Owner