IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 00-195 |
| | ) |
| DAMIANE SCOTT | ) |

### ORDER OF COURT

AND NOW, this 19th day of December, 2007, upon due consideration of defendant's Motion to Vacate April 27, 2004, Order (Document No. 34), and the government's response thereto (Document No. 35), IT IS ORDERED that defendant's motion be, and the same hereby is, denied, as the Court presently lacks jurisdiction to consider said motion; and,

IT FURTHER IS ORDERED that defendant's date to self report for execution of sentence, currently set for January 3, 2008, is hereby extended to January 31, 2008. Defendant shall report to the United States Marshal's Office in this district by 10 a.m. on Thursday, January 31, 2008, to commence service of his sentence.

/s/ Gustave Diamond
Gustave Diamond
Senior United States District Judge

AO 72
(Rev. 8/82)

cc: Michael J. Novara, AFPD
    Tina O. Miller, AUSA
    U.S. Marshal Service