```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DAMIANE SCOTT,                     )
        Petitioner         )
                           )
        v.                 )    Criminal No. 00-195
                           )
                           )
UNITED STATES MARSHAL'S SERVICE,   )
        Respondent         )

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2008, upon consideration of the foregoing Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, it is hereby ORDERED, ADJUDGED AND DECREED that the writ is GRANTED. The United States Marshal's Service is hereby Ordered to immediately release the Petitioner, Damiane Scott, from custody; IT IS FURTHER ORDERED that, upon release, Damian Scott shall serve a three month term of supervised release, with the standard conditions of supervision. IT IS FURTHER ORDERED that as a special condition of his supervised release, Petitioner, Damiane Scott, shall serve up to 90 days of said supervision in a community corrections facility, as directed by the United States Probation Office.

```
                          _____
                          Gustave Diamond
                          Senior United States District Judge
```