Case 2:00-cr-00195-GD    Document 38    Filed 01/31/2008    Page 1 of 1

Case 2:00-cr-00195-GD    Document 37-2    Filed 01/31/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAMIANE SCOTT,                    )
    Petitioner              )
                                  )
v.                                )   Criminal No. 00-195
                                  )
                                  )
UNITED STATES MARSHAL'S SERVICE,  )
    Respondent              )

### ORDER OF COURT

AND NOW, to-wit, this 31st day of January, 2008, upon consideration of the foregoing Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, it is hereby ORDERED, ADJUDGED AND DECREED that the writ is GRANTED. The United States Marshal's Service is hereby Ordered to immediately release the Petitioner, Damiane Scott, from custody; IT IS FURTHER ORDERED that, upon release, Damian Scott shall serve a three month term of supervised release, with the standard conditions of supervision. IT IS FURTHER ORDERED that as a special condition of his supervised release, Petitioner, Damiane Scott, shall serve up to 90 days of said supervision in a community corrections facility, as directed by the United States Probation Office.

*/s/ Gustave Diamond*
Gustave Diamond
Senior United States District Judge