## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

United States of America ) 
 ) 
vs. )     *Criminal Number 00-195*
 ) 
DAMIANE SCOTT ) 

*The above named defendant satisfied the judgment of JULY 10, 2001*
*by paying on APRIL 30, 2008 the full balance due on his/her court ordered:*

     __X__ *Assessment*
     _____ *Fine*
     _____ *Costs*
     _____*other*

*The Court's docket and judgment index should be marked to reflect*
*satisfaction of the judgment.*

_____    5+/3-0 F

**Deputy Clerk**            **Date**